# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CHRISTOPHER N. STEPHENS,** *Plaintiff,* v. **COMMISSIONER OF SOCIAL SECURITY,** *Defendant.* | **CIVIL ACTION NO. 5:19-cv-00384-TES-CHW** |

## ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Neither party objected to the United States Magistrate Judge's Report & Recommendation ("R&R") [Doc. 22] regarding Plaintiff Christopher N. Stephens' Motion for Attorney's Fees [Doc. 17]. *See* [Doc. 21]; 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** it [Doc. 22] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, the Court **GRANTS** Plaintiff's Motion for Attorney's Fees [Doc. 17] and **ORDERS** the Commissioner of Social Security to award Plaintiff's attorney $4,740.00 from Plaintiff's past due benefits. *See* 42 U.S.C. § 406(b).

**SO ORDERED**, this 15th day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**