IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**CHRISTOPHER N STEPHENS**,     *

        Plaintiff,     *

v.     Case No. 5:19-cv-00384-TES-CHW

    *

**COMMISSIONER OF SOCIAL SECURITY**,     *

        Defendant.     *

_____

## **J U D G M E N T**

Pursuant to the Order of this Court filed October 15, 2024, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $4,740.00 .

This 15th day of October, 2024.

                                                                         David W. Bunt, Clerk

                                                                         s/ Erin Pettigrew, Deputy Clerk